# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 26, 2008

137064

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

In re SKYLER LEROY MCBRIDE, ALEXANDER
GARAND MCBRIDE, and SAWYER DALE
MCBRIDE, Minors.

_____

DEPARTMENT OF HUMAN SERVICES,
           Petitioner-Appellee,

v

SC: 137064
COA: 282243
Bay CC Family Division:
06-009381-NA

SUSAN MCBRIDE,
           Respondent-Appellant,
and

RONALD D. MCBRIDE, JR.,
           Respondent.

_____/

On order of the Court, the application for leave to appeal the July 15, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 26, 2008

_____
Clerk

s0822